# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD EUGENE BENDER,<br><br>    Plaintiff,<br><br>v.<br><br>KELLY SANTORO, et al.,<br><br>    Defendants. | Case No.: 1:21-cv-00448-NONE-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(ECF No. 5) |

Plaintiff Floyd Eugene Bender is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff filed the instant action on March 11, 2021.

On March 19, 2021, the Court directed Plaintiff to pay the $402.00 filing fee or complete and submit an application to proceed in forma pauperis within forty-five days. (ECF No. 5.) To date, Plaintiff has not paid the filing fee or submitted an application to proceed in forma pauperis and the time to do so has now passed. Therefore, this action cannot proceed forward.

Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause within fourteen (14) days why the action should not be dismissed for failure to comply with a court order and failure to prosecute.

IT IS SO ORDERED.

Dated: **May 12, 2021**

UNITED STATES MAGISTRATE JUDGE

1