UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD EUGENE BENDER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KELLY SANTORO, et al.,<br><br>　　　　　Defendants. | No.: 1:21-cv-00448-NONE-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION<br><br>(Doc. No. 13) |

Plaintiff Floyd Eugene Bender is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 7, 2021, the assigned magistrate judge issued findings and recommendations recommending the instant action be dismissed for failure to comply with a court order and failure to prosecute. (Doc. No. 13.) Those findings and recommendations were served on plaintiff and contained notice that any objections were to be filed within fourteen (14) days after service. (*Id.* at 3.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

///

///

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the undersigned has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds both findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on June 7 (Doc. No. 13) are adopted in full; and
2. The instant action is dismissed for failure to comply with a court order and failure to prosecute.

IT IS SO ORDERED.

Dated: **July 19, 2021**

_____
UNITED STATES DISTRICT JUDGE